FILED

Mar 20 2020

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/ mariar  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                               Plaintiff,<br><br>v.<br><br>Fernando Ramirez,<br><br>                              Defendant. | Case No.: 3:20-mj-00884-MSB<br><br>**ORDER AND FINDINGS OF FACT** |

    1.      On March 17, 2020, the Chief United States District Judge of the Southern District of California entered an Order suspending jury trials and other proceedings scheduled to begin before April 16, 2020. See Order of the Chief Judge No. 18, Suspension of Jury Trials and Other Proceedings during the COVID-19 Public Emergency (March 17, 2020). This Order, which is hereby incorporated by reference, was imposed based on (1) the state of emergency declared in response to the spread of the coronavirus (COVID-19), (2) the restrictions on public gatherings recommended by the Centers for Disease Control and Prevention, (3) the lack of a quorum of grand jurors during the period of national emergency, and (4) restrictions on attorney visits imposed at the Metropolitan Correctional Center. In light of the public health restrictions and in order to protect public safety and prevent the spread of the COVID-19 outbreak, the Court declared a judicial emergency under 18 U.S.C. § 3174 and continued or suspended "all proceedings under

1 | Federal Rule of Criminal Procedure 5.1" as well as "all grand jury proceedings" until April 16, 2020, or until further notice.

2. Due to the effect of the public health recommendations on the ability of grand jurors and counsel to be present in the courtroom in light of the recent outbreak of COVID-19 and the well-documented concerns surrounding this virus, the time period for presentment to the grand jury in this case will be extended until April 24, 2020. The time period between March 17, 2020 and April 24, 2020, will also be excluded under the Speedy Trial Act. For the reasons outlined in Chief Judge Order No. 18 the Court specifically finds that the ends of justice served by ordering the extension outweighs the best interests of the public and any defendant's right to a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A). In addition, pursuant to 18 U.S.C. § 3161(h)(7)(B)(i) and (iii), the Court finds that a miscarriage of justice would result if time were not excluded under these unique circumstances, during which it is unreasonable to expect return and filing of the indictment within the period specific in § 3161(b).

3. The Court also finds that "extraordinary circumstances exist and justice requires" that defendant's preliminary hearing be continued beyond the 14-day deadline of Fed. R. Crim P. 5.1(c). As outlined in the Order of the Chief Judge, current health restrictions have "greatly jeopardized" the ability of counsel, witnesses, parties, and Court staff to be present in the courtroom. As a result, the Court has suspended "all proceedings under Federal Rule of Criminal Procedure 5.1" until April 16, 2020. For these reasons, the deadline for holding a preliminary hearing in this case will be extended to April 24, 2020, absent further order from this Court.

IT IS SO ORDERED.

Dated: 3/20/2020

Honorable Michael S. Berg
United States Magistrate Judge